IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ and JOSEFINA HERNANDEZ,<br><br>    Plaintiffs,<br>  v.<br><br>WACHOVIA, et al.,<br><br>    Defendants. | No. C 11-02871 SI<br><br>**ORDER TO SHOW CAUSE** |

Defendants' motion to dismiss the complaint is currently set for hearing on July 29, 2011. Plaintiffs, who are represented by counsel, have not filed an opposition to the pending motion. When the Court's courtroom deputy called plaintiffs' counsel on July 14, 2011 to find out whether plaintiffs would be opposing the pending motion, plaintiffs' counsel informed the Court that an amended complaint was being prepared. As of this date, no stipulation or motion for leave to file an amended complaint has been filed.

Therefore, plaintiffs are ORDERED to file a stipulation or motion for leave to file an amended complaint, attaching the proposed amended complaint, or to respond to the motion to dismiss **on or before Friday, August 5, 2011.** If plaintiffs fail to comply with this Order, the Court will DISMISS this case for failure to prosecute. F.R.Civ.P. 41(b). The hearing currently set for July 29, 2011 is VACATED, and will be rescheduled as/when necessary.

**IT IS SO ORDERED.**

Dated: July 26, 2011

SUSAN ILLSTON
United States District Judge