1

**WENDELL J. JONES, (State Bar No. 202302)**
**THE LAW OFFICE OF WENDELL J. JONES**
1901 S. Bascom Ave

2

Suite 333
Campbell, CA 95008

3

Telephone/ Facsimile:  (408) 371-7589

4

5

Attorney for Plaintiff
GERARDO AND JOSEFINA HERNANDEZ

6

7

**UNITED STATES DISTRICT COURT**

8

**NORTHERN DISTRICT OF CALIFORNIA**

9

10

GERARDO HERNANDEZ, an individual;

11

JOSEFINA HERNANDEZ, an individual

Case No.: **3:11-cv-02871-SI**

12

Plaintiffs,

**STIPULATION CONSENTING TO**
**PLAINTIFFS  FILING OF FIRST**

13

vs.

**AMENDED COMPLAINT AND**
**[PROPOSED] ORDER VACATING**

14

**HEARING ON DEFENDANT'S**
**MOTION TO DISMISS**

15

WACHOVIA now doing business as WELLS
FARGO BANK, N.A.; NDEX WEST, LLC and

16

DOES 1 through 50, inclusive,

Date: July 29, 2011
Time: 9:00 a.m.

17

Defendants

Place: 10, 19th Floor

18

19

WHEREAS on July 26, 2011, this Court issued an Order to Show Cause vacating the

20

motion to dismiss hearing set for July 29, 2011 thereby setting August 5, 2011 as the last day for

21

the Plaintiffs to seek leave to amend the pleadings;

22

WHEREAS Defendant WELLS FARGO BANK, N.A has now consented to Plaintiffs

23

filing of their Amended Complaint without the need for a motion seeking leave of the Court;

24

25

STIPULATION CONSENTING TO PLAINTIFFS FILING OF FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER
VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS

1

THEREFORE, pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendant WELLS FARGO BANK, N.A consents to Plaintiffs filing their Amended Complaint and the parties hereby stipulate that the Amended Complaint will be filed separately today.

The parties further stipulate that Defendant's response to the amended complaint is due 30 days from the date of service.  By entering this stipulation, Defendants do not waive any of their rights to challenge the legal sufficiency of the amended complaint through a motion to dismiss, motion for judgment on the pleadings, motion to strike, or other procedural mechanism.

DATED:  July 27, 2011                    Respectfully Submitted,

**The Law Office of Wendell J. Jones**

**/s/ Wendell J. Jones**

BY_____
    Wendell J. Jones
    ATTORNEY FOR PLAINTIFFS

DATED:  July 27, 2011

**Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP**

BY ___/s/ Robert A. Bailey_____
    Robert A. Bailey
    ATTORNEY FOR DEFENDANT
    WELLS FARGO BANK, N.A.
    AND ITS DIVISION WACHOVIA
    MORTGAGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## ORDER

Pursuant to the stipulation, this Court GRANTS the parties' request and VACATES the July 29, 2011 motion hearing scheduled by Defendant WELLS FARGO BANK, N.A. Defendant is afforded 30 days to respond to the amended complaint.

IT IS SO ORDERED.

DATED:   7/27/11

_____

United States District Court Judge