**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERADO HERNANDEZ and JOSEFINA HERNANDEZ,<br><br>         Plaintiffs,<br><br>   v.<br><br>WACHOVIA ET AL,<br><br>         Defendants.                              / | No. C 11-02871 SI<br><br>**ORDER TO SHOW CAUSE** |

Defendants' motions to dismiss and to strike plaintiffs' Amended Complaint are currently set for hearing on November 18, 2011. Plaintiffs' opposition to these motions was due on September 9, 2011. As of this date, plaintiffs have not filed an opposition to the pending motions or otherwise contacted the Court to request an extension of time. Further, plaintiffs' counsel did not appear at the Case Management Conference on October 14, 2011.

Plaintiffs are hereby ORDERED to file their opposition to the pending motions to dismiss and strike on or before Thursday **November 3, 2011** and defendants' replies, if any, shall be due Thursday **November 10, 2011**. If plaintiffs fail to comply with this Order, the Court will DISMISS this case for failure to prosecute. F.R.Civ.P. 41(b).

**IT IS SO ORDERED.**

Dated: October 24, 2011

SUSAN ILLSTON
United States District Judge