IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERADO HERNANDEZ and JOSEFINA HERNANDEZ,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WACHOVIA, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C 11-02871 SI<br><br>**JUDGMENT** |

The Court has dismissed this case for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 7, 2011

SUSAN ILLSTON
United States District Judge